UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF OHIO
WESTERN DIVISION AT DAYTON

IN RE: | CASE NO: 08-35483
BRYAN C. GREWE | (Chapter 13)
TRACY R GREWE |
Debtors | JUDGE LAWRENCE S. WALTER

## REPORT OF UNCLAIMED FUNDS

The Trustee reports that the following is an itemized list of the unclaimed funds which are being paid to the Clerk of the Bankruptcy Court.

Check Number: **4061006**

| Ct / Tee Claim # | Address | Amount |
|---|---|---|
| 4/ 3 | WELLS FARGO BANK<br>ONE HOME CAMPUS<br>MAC X2501-01F<br>DES MOINES, IA  50328 | 698.93 |

/s/ Jeffrey M. Kellner
Jeffrey M. Kellner  0022205
Chapter 13 Trustee
131 N LUDLOW ST   SUITE 900
DAYTON, OH  45402-1161
(937)222-7600   Fax (937)222-7383
email: chapter13@dayton13.com

Dated: 2/17/2011

Certificate of Service                    08-35483

I hereby certify that a copy of the attached was served by electronic service or was mailed by first class mail to each of the following on the date of the electronic filing.

OFFICE OF THE U S TRUSTEE
170 NORTH HIGH ST
SUITE 200
COLUMBUS, OH  43215

| | | |
|---|---|---|
| BRYAN C. GREWE<br>TRACY R GREWE<br>6011 PINE GLEN AVENUE<br>DAYTON, OH  45424 | LESTER R THOMPSON<br>1340 WOODMAN DR<br>DAYTON, OH  45432 | (63.1n)<br>LINDSEY HALL<br>1100 SUPERIOR AVENUE<br>19TH FLOOR<br>CLEVELAND, OH  44114 |
| (3.4)<br>MICHAEL R PROCTOR<br>LERNER SAMPSON & ROTHFUSS<br>BOX 5480<br>CINCINNATI, OH  45202 | (60.1n)<br>OHIO DEPT OF TAXATION<br>% ELAINE POPE<br>98 COUNTY LINE RD WEST  STE A<br>WESTERVILLE, OH  43082 | (62.1n)<br>PATRICK D HENDERSHOTT<br>BOX 525<br>TOLEDO, OH  43697 |
| (52.1n)<br>PRA RECEIVABLES MANAGEMENT LLC<br>AGENT OF PORTFOLIO RECOVERY<br>BOX 41067<br>NORFOLK, VA  23541 | (57.1n)<br>STEPHEN R FRANKS<br>REIMER LORBER & ARNOVITZ CO LPA<br>BOX 968<br>TWINSBURG, OH  44087 | (3.1)<br>WELLS FARGO BANK<br>ONE HOME CAMPUS<br>MAC X2501-01F<br>DES MOINES, IA  50328 |

Jeffrey M. Kellner BY        /s/ Jeffrey M. Kellner            sv